IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: SEARCH WARRANT | Case No. 3:20MJ839 (TOF) |

**RENEWED ORDER TO SEAL**

Based on the motion of the Government and for good cause shown, it is hereby ORDERED that, in accordance with Rule 57 of the Local Rules of Criminal Procedure, that Document No. 1-1, in the above-captioned case is SEALED, until **December 1, 2024**. The Court finds that the sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. Specifically, the motion is granted because the investigation of the criminal activities described in the sealed documents is ongoing. Premature disclosure of the contents of the sealed documents could result in the destruction of evidence and could frustrate this investigation by alerting the targets of the investigation to the nature of the probe, the techniques employed, and the evidence developed to date, by limiting the use of the grand jury to develop further admissible evidence, and by limiting the ability to conduct other search warrants.

Any motions to extend the deadlines in this order shall be filed by November 25, 2024.

SO ORDERED, this _____ day of _____, 2024, at Hartford, Connecticut.

_____
HONORABLE THOMAS O. FARRISH
United States Magistrate Judge